General Complaint Form for Pro Se Litigants

FILED
08 APR 18 PM 2:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

I JAMES SHIELDS IV, PLAINTIF

JAMES SURGET SHIELDS, II        CV-08-B-0690-NE

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

~~SHERIFF BLAKE DORNING~~

SHERIFF, BLAKE DORNING

NURSE BROWN

ARRESTING OFFICER'S NAMES UNKNOWN

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of HUNTS VILLE, ALABAMA ~~MAY MCHANG SHALL~~. Plaintiff resides at BE GIVEN SUCH REQUEST (2227 DRAKE AVE SUITE 19 35805

2. Defendant BLAKE DORNOING is a corporation incorporated under the laws of MADISON COU and has a main office at SHERIFF'S OFFICE HUNTSVILLE AL and is licensed to do business in _____. Defendant's official business address is _____.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _____

is a state agency.

**OR**

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3.   The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.   Statement of Claim

   State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

_____

_____

_____

_____

5. Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

In 1994 I filed a lawsuit against Sheriff Patterson. The plaintiff won the lawsuit under a 13th amendment violation under Cruel and in different case, a $5,000 settlement

_James A. Shields_
Signature of Plaintiff

881-1311 (ASK fo DON)
Telephone Number

Dated: 3/75/2008

JAME Shields
Name (Please Print)

2227 suite 19 Drake Ave
Address

HUNTSVILLE       35805
City, State       Zip Code

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

**NOTE:** Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

*James S. Shields, II*
Signature of Plaintiff

Dated: 4/_/08

## FILING INSTRUCTIONS FOR PRO SE LITIGANTS

### THE COMPLAINT

All suits in federal court must begin with the filing of a complaint. Although you may file a complaint without the assistance of an attorney, you must still draft your complaint so that it conforms generally to accepted practice. An attorney can make a complex process far simpler. Organizations such as your local bar association, legal aid society, or legal services organization may be able to assist you in obtaining an attorney at little or no cost.

If you choose not to obtain an attorney, you are still required to follow the rules set forth in the Federal Rules of Civil Procedure and the local rules which are used in the Northern District of Alabama.

The attached complaint form should be used if you are representing yourself. To start an action, you must file an original and one copy of your complaint for each defendant you name. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be typewritten or legibly handwritten. You must sign the complaint. If you need additional space to answer a question, you may use an additional blank page. Do NOT write on the reverse side of this form.

You must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

### SERVICE OF PROCESS

You are responsible for serving a summons and copy of the complaint on each defendant. You must prepare three summonses for each defendant and present them to the Clerk. (Three summonses are attached; additional summonses are available at the intake counter in the Clerk's Office.) The Clerk will issue the summonses and return two to you along with the service copies of the complaint, if you elect to serve the defendant personally. Anyone not a party to the action and at least 18 years of age may serve the summons and complaint on the defendant for you. The back of the summons styled "Return of Service of Writ" must be completed by the person who personally serves the defendant. The summons must then be returned and filed with the Clerk.

The Clerk will serve the summons and complaint for you if you sign the "request for certified mail service by the Clerk" at the bottom of the complaint. You must also prepare the summonses and furnish the Clerk with a properly stamped envelope addressed to the defendant and a certified mail return receipt request card. Service is considered perfected upon receipt of the certified mail card by the Clerk.

**RESPONSE BY DEFENDANT**

The summons must show the date which the defendant must respond to the complaint. Defendants have twenty (20) days to respond. Government agencies have sixty (60) days to respond except in Social Security cases in which the defendant has ninety (90) days to respond.

**FILING FEE**

In order for the complaint to be filed, it must be accompanied by the filing fee of ~~$350~~. $350.00 If you are unable to pay the filing fee, you may petition the court to proceed as a pauper. A blank pauper affidavit is included in this packet. The completed affidavit should be filed with the complaint. If the judge allows you to proceed as a pauper, you do not have to prepay the filing fee and the Court may direct the U. S. Marshal to perfect service of the summons and complaint on defendants for you.

*ANY FILING SHOULD BE IN APPROROA AS*

**JURISDICTION** *PLAINTIFF IS CURRENTLY ON SSI DISABILITY*

You must indicate on your complaint the specific statute(s) under which you are claiming jurisdiction, such as: federal question, 28 U.S.C. § 1331; diversity of citizenship, 28 U.S.C. § 1332; violations of civil rights, 42 U.S.C. § 1983 and 28 U.S.C. § 1343.

**WHERE TO FILE** *I HAVE LIVED IN ST NONTHEN PART OF FOR OVER 15 YSS - I OWN A SMALL PEREEL OF F*

The completed forms should be delivered to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, 1729 5th Avenue North, Birmingham, Alabama 35203-2040.

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their current address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

*2227 DRAKE AVE SUITE 19 35805    HSV. AL*

**ATTACHMENTS:** Complaint Form
In Forma Pauperis Affidavit
Three Summonses